Clerk's Office
Filed Date: 1/18/22

U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA
*ex rel.* VANESSA MATHURIN,

        Plaintiffs,

vs.

VECTOR REMOTE CARE, LLC, *et al.*,

        Defendants.

- - - - - - - - - - - - - - - - - - - - - - - X

**FILED UNDER SEAL**

Civil Action No. 20-CV-5714

(Brodie, Ch. J.)

## ORDER

The Relator having voluntary dismissed this action, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) and the United States having consented to such dismissal pursuant to 31 U.S.C. ' 3730(b)(1), the Court rules as follows:

IT IS ORDERED that,

1. The complaint be unsealed;

2. All other contents of the Court's file in this action remain under seal, except for this Order and the Notice of Voluntary Dismissal; and

3. The seal be lifted as to all other matters occurring in this action after the date of this Order.

IT IS SO ORDERED,

This _____ day of _____, 2022.

        SO ORDERED:
        s/ MKB 1/18/2022

        _____
        MARGO K. BRODIE
        United States District Judge